RECORDING AGREEMENT

EXHIBIT A

**RECORDING AGREEMENT PAGES 2 -10 REDACTED IN FULL**

IN WITNESS WHEREOF, the parties hereto, intending to be legally bound hereby, have duly executed, sealed and delivered this agreement in duplicate on the day and year written below:

Corporation of the President of The
Church of Jesus Christ of Latter-day
Saints by

_(signature)_

Alexander Scourby
Recordings, Inc. by

_(signature)_ David Owen

Authorized Agent

Date

October 5th, 1988

Date

October 10, 1988