# BUY OUT AGREEMENT FOR THE ALEXANDER SCOURBY
# NARRATIONS OF THE BIBLE


EXHIBIT B

## BUY OUT AGREEMENT PAGES 2 -5 REDACTED IN FULL

IN WITNESS WHEREOF, the parties hereto intending to be legally bound hereby, have duly executed, sealed and delivered this Agreement entitled, "BUY OUT AGREEMENT FOR THE ALEXANDER SCOURBY NARRATIONS OF THE BIBLE", in duplicate, on the day and year first above written:

_____
The Church of Jesus Christ
of Latter-day Saints,
by Carl M. Johnson,
Authorized Agent.

_____
Litchfield Associates, Ltd.,
by David Aven, Director and
attorney in fact for
Litchfield Associates, Ltd.

_____12-21-1994_____
Date

_____12-20-1994_____
Date

_____
Witnesseth
Douglas W. Buhler

_____
Witnesseth
DANIEL A. REINKE.

_____
Witnesseth
Jack L. Metcalf

_____
Witnesseth
SAM Aven