# Litchfield Associates

3463 State Street, #351.
Santa Barbara, CA 93105

December 9, 1994

Mr. Carl M. Johnson
The Church of Jesus Christ of Latter-day Saints
50 East North Temple Street
Salt Lake City, Utah 84150

RE: Buy-Out Agreement of 1988 Recording Agreement

Dear Carl:

Regards,

David Aven
Director, Litchfield Associates

Carl M. Johnson

12-21-1994

EXHIBIT

C